IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WINDBER HOSPITAL d/b/a CHAN SOON SHIONG MEDICAL CENTER, on behalf of itself and all others similarly situated, | Civil Action No. 3:20-80 |
| | Judge Kim R. Gibson |
| Plaintiff | |
| vs. | |
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, | |
| Defendant | |

## JUDGMENT

**AND NOW**, this 13th day of April 2021, in accordance with Federal Rule of Civil Procedure 58, and the Memorandum Opinion and Order dated March 18, 2021, Final Judgment is entered in favor of Defendant, Travelers Property Casualty Company of America and against the Plaintiff, Windber Hospital, d/b/a Chan Soon Shiong Medical Center.

BY THE COURT:

_____
**KIM R. GIBSON, SR.**
**UNITED STATES DISTRICT JUDGE**